**FILED**

MAY 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH WEBB,

    Plaintiff,

v.

INDIGENOUS GLOBAL DEVELOPMENT CORPORATION,

    Defendant.

No. C-04-3174 MJJ

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court hereby **ADOPTS** the Report and Recommendation issued by Judge Chen on April 29, 2005.

    This Order terminates docket entry no. 10.

    The Clerk of Court shall enter judgment in Plaintiff's favor, as described in the Report and Recommendation, and shall close the file.

**IT IS SO ORDERED.**

Dated: May 16, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE